THE STATE OF OHIO, APPELLANT, *v.* CLINGER, APPELLEE.

[Cite as *State v. Clinger* (1998), 84 Ohio St.3d 10.]

(No. 98–874—Submitted October 13, 1998—Decided November 25, 1998.)

*Robert A. Fry,* Hancock County Prosecuting Attorney, and *Mark C. Miller,* Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker,* Ohio Public Defender, and *Robert L. Lane,* Chief Appellate Counsel, for appellee.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to conduct a sexual predator classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.